# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA MURPHY,  PLAINTIFF
ADC #760343

v.  No. 1:12CV00056 JLH-JTK

LINDA DIXON, et al.  DEFENDANTS

## ORDER

Plaintiff's motion to dismiss this action is GRANTED.  Document #6.  An appropriate judgment will accompany this Order.

IT IS SO ORDERED this 14th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE