# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LISA MURPHY,                                                                                                             PLAINTIFF
ADC #760343

v.                                No. 1:12CV00056 JLH-JTK

LINDA DIXON, et al.                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, this action is dismissed without prejudice. The relief sought is denied.

DATED this 14th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE